KC

**FILED**
**FEBRUARY 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 885**

| | |
|---|---|
| In the Matter of<br>NCMIC INSURANCE COMPANY,<br>        vs.<br>BRADLEY HAYASHI, HANOVER PARK PHYSICAL MEDICINE & REHABILITATION, LTD. and MELINA KELLEY | Case Number:<br><br>**JUDGE CONLON**<br>**MAGISTRATE JUDGE COX** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    Plaintiff NCMIC INSURANCE COMPANY

| |
|---|
| NAME (Type or print)<br>Kristin Dvorsky Tauras |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>   s/ Kristin Dvorsky Tauras |
| FIRM<br>McKenna Storer |
| STREET ADDRESS<br>33 North LaSalle Street, Suite 1400 |
| CITY/STATE/ZIP<br>Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6216004 | TELEPHONE NUMBER<br>312-558-3900 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐