## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0885 | **DATE** | 3/18/2008 |
| **CASE TITLE** | NCMIC INSURANCE COMPANY vs. BRADLEY HAYASHI, ET AL | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 4/14/08 at 9:00 a.m. Plaintiff shall notify defendants in writing of status hearing date to set discovery schedule and trial date.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|