## IN THE U.S. DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NCMIC INSURANCE COMPANY )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>BRADLEY HAYASHI, HANOVER PARK )<br>PHYSICAL MEDICINE & REHABILITATION, )<br>And MELINA KELLEY, )<br>)<br>Defendant. ) | 08 C 885<br>Judge Conlon<br>Magistrate Judge Cox |

### NOTICE OF FILING

**FILED**
APR 0 2 2008  TC
4-2-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: Richard M. Clark
Kristin D. Taura
McKenna Storer
33 North LaSalle Street
Suite 1400
Chicago, Illinois 60602

On **April 2, 2008**, please be advised that we filed our Appearance on behalf of Bradley Hayashi and Hanover Park Physical Medicine and Rehabilitation, Ltd. with US District Court, Northern District of Illinois, Eastern Division at Chicago, 219 S. Dearborn, Chicago, IL 60604, a copy of which is attached hereto.

Name: Cunningham, Meyer & Vedrine, P.C.
Address: 111 W. Washington Street - 937
Telephone: (312) 578-0049

Attorney for: Hayashi/Hanover Park
City/State: Chicago, Illinois 60602
Atty No.: 6210763

### PROOF OF SERVICE

The undersigned, a non-attorney, certify that I served this notice by mailing a copy to the above attorneys at their respective addresses and depositing the same in the U.S. Mail at 111 West Washington Street, Chicago, Illinois, before the hour of 5:00 p.m. on April 2, 2008, with proper postage prepaid.

(x)  Under penalties as provided by law pursuant to
     735 ILCS 5/1-109, I certify that the statements
     set forth herein are true and correct.

_____
Signature

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In the Matter of  Eastern Division

NCMIC INSURANCE COMPANY v BRADLEY HAYASHI,
HANOVER PARK PHYSICAL MEDICINE &
REHABILITATION, LTD., and MELINA KELLEY

Case Number: 08 C 885

**FILED**
APR 02 2008 TC
4-2-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

BRADLEY HAYASHI and HANOVER PARK PHYSICAL MEDICINE AND REHABILITATION, LTD.

---

**(A)**
SIGNATURE: [signed]
NAME: Michael R. Slovis
FIRM: Cunningham, Meyer & Vedrine
STREET ADDRESS: 111 West Washington Street, Suite 937
CITY/STATE/ZIP: Chicago, Illinois 60602
TELEPHONE NUMBER: (312) 578-0049
IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): 6210763
MEMBER OF TRIAL BAR? YES ✓ NO ☐
TRIAL ATTORNEY? YES ✓ NO ☐

**(B)**
SIGNATURE: [signed]
NAME: Daniel J. Hronek
FIRM: Cunningham, Meyer & Vedrine
STREET ADDRESS: 111 West Washington Street
CITY/STATE/ZIP: Chicago, Illinois 60602
TELEPHONE NUMBER: (312) 578-0049
IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): 6272436
MEMBER OF TRIAL BAR? YES ☐ NO ✓
TRIAL ATTORNEY? YES ✓ NO ☐
DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐

**(C)**
SIGNATURE: [signed]
NAME: Kipp B. Cornell
FIRM: Cunningham, Meyer & Vedrine
STREET ADDRESS: 111 West Washington Street, Suite 937
CITY/STATE/ZIP: Chicago, Illinois 60602
TELEPHONE NUMBER: (312) 578-0049
IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): 6281215
MEMBER OF TRIAL BAR? YES ☐ NO ✓
TRIAL ATTORNEY? YES ☐ NO ✓
DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ✓

**(D)**
SIGNATURE: [signed]
NAME: Kenneth D. Seale
FIRM: Cunningham, Meyer & Vedrine
STREET ADDRESS: 111 West Washington Street, Suite 937
CITY/STATE/ZIP: Chicago, Illinois 60602
TELEPHONE NUMBER: (312) 578-0049
IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): 6275878
MEMBER OF TRIAL BAR? YES ✓ NO ☐
TRIAL ATTORNEY? YES ☐ NO ☐
DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐