# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0885 | **DATE** | 4/14/2008 |
| **CASE TITLE** | NCMIC INSURANCE COMPANY vs. BRADLEY HAYASHI, ET AL | | |

**DOCKET ENTRY TEXT**

Status hearing held. Discovery cutoff and filing of dispositive motions with supporting memoranda are set on June 12, 2008. Any responses shall be filed by July 1, 2008; and replies are due by July 9, 2008. Submission of joint final pretrial order and agreed pattern jury instructions is set on July 31, 2008 at 9:00 a.m.; plaintiff shall submit draft to defendant by July 24, 2008. The case is placed on the August trial calendar. THESE ARE FIRM DATES.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | WH |
|---|---|---|