IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NCMIC INSURANCE COMPANY,<br>        Plaintiff,<br>vs.<br><br>BRADLEY HAYASHI, HANOVER PARK<br>PHYSICAL MEDICINE & REHABILITATION,<br>LTD., and MELINA KELLEY,<br>        Defendants. | Court No.: 08 C 885<br><br>HONORABLE JUDGE CONLON<br>MAGISTRATE JUDGE COX |

### NOTICE OF FILING

To:    Richard M. Clark, rclark@mckenna-law.com
         Kristin D. Tauras, ktauras@mckenna-law.com
         McKenna Storer
         33 North LaSalle Street, Suite 1400
         Chicago, IL 60602

      PLEASE TAKE NOTICE that on **April 28, 2008,** we have caused to be filed DEFENDANTS BRADLEY HAYASHI AND HANOVER PARK PHYSICAL MEDICINE & REHABILITATION, LTD.'S ANSWER TO PLAINTIFF'S COMPLAINT AT LAW, electronically with US District Court, Northern District of Illinois, Eastern Division at Chicago, 219 S. Dearborn, Chicago, IL 60604, a copy of which is attached hereto.

### CERTIFICATE OF SERVICE BY E-MAIL

      I hereby certify that on April 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following addresses:

TO:    Richard M. Clark, rclark@mckenna-law.com
         Kristin D. Tauras, ktauras@mckenna-law.com
         Michael R. Slovis, mslovis@cmvlaw.com
         Daniel J. Hronek, dhronek@cmvlaw.com

                                            /s/    *Michael R. Slovis*
                                                  Michael R. Slovis

Michael R. Slovis
Daniel J. Hronek
CUNNINGHAM, MEYER & VEDRINE, P.C.
111 W. Washington Street - Suite 937
Chicago, Illinois 60602
(312) 578-0049
ARDC: 6210763