56258-33-61

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NCMIC INSURANCE COMPANY ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | No.  08 C 885 |
| ) | Judge Conlon |
| BRADLEY HAYASHI, HANOVER PARK ) | Magistrate Judge Cox |
| PHYSICAL MEDICINE & REHABILITATION, ) | |
| LTD., and MELINA KELLEY, ) | |
|     Defendants. ) | |

**PLAINTIFF'S LIST OF EXHIBITS IN SUPPORT
OF MOTION FOR SUMMARY JUDGMENT**

Declaratory Judgment Complaint..................................................................................Exhibit A

Hayashi - Hanover Park Answer to Declaratory Judgment Complaint..........................Exhibit B

Kelley's Answer to Declaratory Judgment Complaint....................................................Exhibit C

Hayashi's Answers to Requests to Admit......................................................................Exhibit D

Kelley's Answers to Requests to Admit.........................................................................Exhibit E

State v. Hayashi, Criminal Complaint............................................................................Exhibit F

Hayashi's Certified Criminal Conviction Sheet..............................................................Exhibit G

Melina Kelley v. Bradley Hayashi, 07 L 13856, Underlying Complaint.........................Exhibit H

NCMIC Policy Number MP00906897.............................................................................Exhibit I

State v.Hayashi Trial Transcript 5/17/07.......................................................................Exhibit J

State v. Hayashi Trial Transcript  5/21/07....................................................................Exhibit K

*NCMIC v. Johnson*, 2006 WL 1004862........................................................................Exhibit L

                                 By: NCMIC INSURANCE COMPANY

                                 McKenna Storer
                                 33 N. LaSalle Street, Suite 1400
                                 Chicago, IL 60602
                                 312-558-3900
                                 Fax: 312-558-8348

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 12, 2008, I electronically filed the foregoing with the Clerk of the U. S. District Court, for the Northern District of Illinois using the CM/CEF e-filing system which will send notification of such filing to the following e-mail addresses:

Ms. Kaethe Morris Hoffer
K. Morris Hoffer, P.C.
1609 Sherman Avenue
Evanston, IL 60201

Michael Slovis
Cunningham, Meyer & Vedrine
111 West Washington, Suite 937
Chicago, IL 60602


McKenna Storer

By: /s/ Kristin D. Tauras
Richard M. Clark
ARDC: 00452823
rclark@mckenna-law.com
Kristin D. Tauras
ARDC:06216004
ktauras@mckenna-law.com
McKenna Storer
33 North LaSalle, Suite 1400
Chicago, Illinois 60602
(312) 558-3900