IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NCMIC INSURANCE COMPANY | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 08 C 885 |
| BRADLEY HAYASHI, HANOVER PARK | ) |
| PHYSICAL MEDICINE & REHABILITATION, | ) |
| LTD., and MELINA KELLEY, | ) |
| | ) |
| Defendants. | ) |

## REQUESTS TO ADMIT DIRECTED TO MELINA KELLEY

Now comes Defendant Melina Kelley, pursuant to Rule 36 of the Federal Rules of Civil Procedure, and in response to the Requests to Admit propounded on her by Plaintiff NCMIC Insurance Company, states as follows:

1. A true and accurate copy of the criminal complaint filed against Hayashi is attached hereto as Exhibit A.

**Response to Request to Admit #1: Plaintiff admits this is true.**

2. Melina Kelley signed the criminal complaint attached hereto as Exhibit A.

**Response to Request to Admit #2: Plaintiff admits this is true.**

3. The allegations set forth in the criminal complaint attached hereto as Exhibit A are true and accurate and based on personal knowledge.

**Response to Request to Admit #3: Plaintiff admits this is true.**

4. Attached here as Exhibit B is a true and accurate copy of the Circuit Court Complaint Kelley filed against Hayashi and Hanover Park Physical Medicine & Rehabilitation, Ltd, in the Circuit Court of Cook County, Illinois, Court Number 2007 L 13856 (hereinafter "Underlying Complaint.")

**Response to Request to Admit #4: Plaintiff admits this is true.**

5. The allegations set forth in Exhibit B, paragraphs 8 through 27, 29 through 30 and 35, are true and accurate and based on personal knowledge.

1

**Response to Request to Admit #5: Plaintiff admits this is true.**

6. In the Underlying Complaint, Melina Kelley is seeking recovery for those same actions of Hayashi that form the basis of the criminal complaint attached hereto as Exhibit A.

**Response to Request to Admit #6: Plaintiff admits this is true.**

Respectfully submitted,

*K. Morris Hoffer, P.C.*

### CERTIFICATION

Under penalty as provided by law pursuant to Section 5/1-109 of the Illinois Code of Civil Procedure (735 ILCS 5/1-109), I certify that the statements set forth in this instrument are true and correct except as to matters therein stated to be on information and belief and as to such matters I certify that I verily believe the same to be true.

*Melina Kelley*

Kaethe Morris Hoffer
K. Morris Hoffer, P.C.
Atty No. 42572
1609 Sherman Ave, Suite 306
Evanston, IL 60201
(847) 424-0700