| MISDEMEANOR COMPLAINT | (This form replaces CCG-0655, CCMC-0222 & CCMC-0225) | (Rev. 3/19/99)CCCR-0655 |

Class A    IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS   OCT 2 5 2006

The People of State of Illinois,
Plaintiff
-v-
Bradley H Hayashi
Defendant

Hanover Park Police
NO. 06MC30071450

Hanover Park Case #

Melina Kelley
(Complainants Name Printed or Typed)
complainant, now appears before

The Circuit Court of Cook County and states the following:

That: Bradley H Hayashi (defendant) of 218 Rue Toraine Deer Park, IL 60010 (address) has, on or about

10/19/2006 (date) at the location of 1802 Irving Park Rd (place of offense)

committed the offense(s) of Battery in that he knowingly and without legal justification made physical contact of and insulting nature with Melina Kelley in that he fondled Melina Kelley's breasts and vagina during a chiropractic visit.

in violation of 720 (Chapter) Illinois Compiled Statutes 5 (Act) / 12-3(a)2 (SubSection)

AOIC Code

X Melina A. Kelley
(Complainants Signature)
718 James Drive Hampshire, IL 60140
(Complainants Address)
847-683-9210
(Complainants Telephone)
Melina Kelley
(Complainants Name Printed or Typed)

STATE OF ILLINOIS } ss:
COOK COUNTY

The Complainant, being duly sworn on oath, deposes and says that she read the foregoing complaint by her subscribed and that the same is true.

X Melina A. Kelley
(Complainants Signature)

Subscribed and sworn before me on this 19th day of October, 2006

D Brown
(Judge, Deputy Clerk or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

SUMMONS ISSUED  Judge _____
or
WARRANT ISSUED  Bail set at: _____                                 Judge's No.
or
BAIL SET AT: $1000 10% _____ Judge _____

D BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

ORIGINAL COPY