PEOPLE OF THE STATE OF ILLINOIS

VS                              NUMBER 06300714501

BRADLEY   H HAYASHI

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint with the Clerk of the Circuit Court.

Charging the above named defendant with:

720-5/12-3-A-2                          M      BATTERY - MAKE PHYSICAL C

The following disposition(s) was/were rendered before the Honorable Judge(s):

```
11/13/06 BOND SET BY RULE OF COURT              11/29/06 0372
11/29/06 MOTION DEFT - CONTINUANCE - MD         02/06/07 0372
     AXELROOD LARRY G
02/06/07 MOTION DEFT - CONTINUANCE - MD         03/14/07 0372
     IOSCO, ANTHONY A.
03/14/07 MOTION STATE - CONTINUANCE -MS         05/17/07 0372
     PHELPS FELTON, DONNA
03/14/07 DEF DEMAND FOR TRIAL
     PHELPS FELTON, DONNA
05/17/07 TRIAL COMENCED AND CONTINUED           05/21/07 0378
     HANLON KAY MARIE
05/17/07 SPECIAL ORDER
     STATE CASE/DEFENSE CASE
     HANLON KAY MARIE
05/21/07 PLEA OF NOT GUILTY              C001
     HANLON KAY MARIE
05/21/07 JURY WAIVED
     HANLON KAY MARIE
05/21/07 FINDING OF GUILTY               C001
     HANLON KAY MARIE
05/21/07 DEF SENTENCED TO PROBATION      C001
         12 MTH
     HANLON KAY MARIE
05/21/07 DEF SENTENCED TO COOK CNTY DOC  C001
              10 DYS
     HANLON KAY MARIE
05/21/07 DEFENDANT FINED                 C001                    $     230
     HANLON KAY MARIE
05/22/07 PAYMENT RECEIVED - BOND DEDUCT  B001       22958        $      90
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS

VS　　　　　NUMBER 06300714501

BRADLEY　H HAYASHI

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint with the Clerk of the Circuit Court.

```
06/08/07 SPECIAL ORDER
     MOTION TO RECONSIDER DENIED
     HANLON KAY MARIE
06/08/07 SPECIAL ORDER
     MOTION TO RECONSIDER SENTENCE DENIED
     HANLON KAY MARIE
06/08/07 SPECIAL ORDER
     MOTION FOR 1 DAY CREDIT TCS/TAS GRANTED
     HANLON KAY MARIE
06/08/07 SPECIAL ORDER
     MITT TO REFLECT "TO BE EXAMINED BY CERMAK"
     HANLON KAY MARIE
06/08/07 SPECIAL ORDER
     MOTION TO STAY ENFORCEMENT OF MITT DENIED
     HANLON KAY MARIE
06/08/07 CONTINUANCE BY ORDER OF COURT              06/15/07 0377
     HANLON KAY MARIE
06/08/07 NOTICE OF APPEAL FILED, TRNSFR
06/15/07 LET MITTIMUS ISSUE/MITT TO ISS
     RIEBMAN HYMAN I.
08/03/07 APPELLATE COURT NUMBER ASGND                      07-1542
10/10/07 REPORT OF PROCEEDINGS PREPARED                    07-1542
     TWO VOLUMES - PREPARED AT 26TH STREET
10/11/07 REPRT/PROCDS RECD BY APP ATTRY                    07-1542
     DENNIS DOHERTY - TWO VOLUMES - PICKED UP AT 26TH STREET
01/22/08 HEARING DATE ASSIGNED                      01/22/08 0373
01/22/08 SPECIAL ORDER
     MOTION TO MODIFY PROBATION IS DENIED      PROBATION TO CONTINUE
     HANLON KAY MARIE
01/22/08 TRANSFERRED                                01/22/08 0469
     REASSIGN TO JUDGE HANLON
     KARAHALIOS PAMELA G
03/05/08 PAYMENT RECEIVED - CASH                    58366    $    140
```

I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 03/17/08

*Dorothy Brown*
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY