# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 885 | **DATE** | 7/22/2008 |
| **CASE TITLE** | NCMIC INSURANCE COMPANY vs. BRADLEY HAYASHI, ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiff's unopposed summary judgment motion [13] is granted. The uncontested record establishes that plaintiff NCMIC Insurance Company does not owe a duty to defend or indemnify defendants Bradley Hayashi and Hanover Park Physical Medicine & Rehabilitation Ltd. in a tort action arising out of the alleged criminal conduct of Dr. Hayashi against a patient, defendant Melina Kelley.

*Suzanne B. Conlon*

Chambers to mail notices.

| | Courtroom Deputy Initials: | WH |
|---|---|---|