# United States District Court
## Northern District of Illinois
### Eastern Division

NCMIC INSURANCE COMPANY                 **JUDGMENT IN A CIVIL CASE**

v.                                      Case Number: 08 C 885

BRADLEY HAYASHI, ET AL

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered for plaintiff NCMIC Insurance Company and against defendants Bradley Hayashi, Hanover Park Physical Medicine and Rehabilitation, Ltd., and Melina Kelley. The court declares that NCMIC Insurance Company does not owe a duty to defend or indemnify defendants Bradley Hayashi and Hanover Park Physical Medicine & Rehabilitation, Ltd. in a tort action arising out of the alleged criminal conduct of Dr. Hayashi against a patient, defendant Melina Kelley.

Michael W. Dobbins, Clerk of Court

Date: 7/22/2008

/s/ Willia Harmon, Deputy Clerk